SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Fax No. 533-4745
Email: sam@kingandking.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 02-00943 KSC |
| vs. | ) |
| AUGUSTUS SANTOS, | ) STIPULATION TO AMEND CONDITIONS ) OF RELEASE; ORDER |
| Defendant. | ) |

STIPULATION TO AMEND CONDITIONS OF RELEASE

Undersigned counsel for the UNITED STATES OF AMERICA and Defendant, with the consent of Pretrial Services, hereby stipulate to amend the conditions of Defendant's conditions of release as follows:

1) Defendant may travel to visit family in California from December 20, 2006, to December 28, 2006. Defendant will stay at Gina Abaya's house, 29 Cerrito, Irvine, CA 92612; phone number 949-823-0168. Gina Abaya is Defendant's cousin.

2) All other terms and conditions of release not amended by this Stipulation shall remain in full force and effect.

DATED: Honolulu, Hawaii, _____Nov. 11_____, 2006.

APPROVED:

_____
PRETRIAL SERVICES

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

_____
ASSISTANT UNITED STATES ATTORNEY